UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re:<br><br>JOSE CABRERA RODRIGUEZ<br>VICTORIA CABRERA<br><br>Debtor(s), | Bankruptcy No: 24-02664<br><br>Chapter: 13<br><br>Judge Henry W. Van Eck |
|---|---|

## ORDER

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Doc. 11, it is

**ORDERED** that the time within which the Debtor must file all Schedules, Statements, and Other Documents is extended through December 2, 2024.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 12, 2024