UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re:<br><br>JOSE CABRERA RODRIGUEZ<br>VICTORIA CABRERA<br><br>Debtor(s), | Bankruptcy No: 24-02664<br><br>Chapter: 13<br><br>Judge Henry W. Van Eck |
|---|---|

## ORDER

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Doc. 14, and it appearing that the Court has already granted this request, Doc. 12, it is **ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 13, 2024