United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jose Ricardo Cabrera Rodriguez  
Victoria Lyn Cabrera  
    Debtors

Case No. 24-02664-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 13, 2024      Form ID: ntnew341      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jose Ricardo Cabrera Rodriguez, Victoria Lyn Cabrera, 2018 Market Street Ext, Middletown, PA 17057-3421 |
| 5661886 | | Capital Bank N.A., 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 5661892 | | Dauphin County Tax Claim Bureau, 2 S 2nd St, Harrisburg, PA 17101-2047 |
| 5661893 | + | Driveright, 1459 S George Street, York, PA 17403-4503 |
| 5661901 | + | Lancster Drs, Po Box 83479, Lancaster, PA 17608-3479 |
| 5661911 | + | Purcell, Krug & Haller, Attn: Bankruptcy, 1719 N Front St, Harrisburg, PA 17102-2392 |
| 5661916 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5661917 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Nov 13 2024 18:36:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5661884 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 13 2024 18:47:08 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 5661885 | | Email/Text: BNBSB@capitalsvcs.com | Nov 13 2024 18:36:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 5661889 | | Email/Text: cfcbackoffice@contfinco.com | Nov 13 2024 18:36:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 5666615 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2024 18:47:04 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5661887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2024 18:46:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5661888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 18:46:59 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5661890 | ^ | MEBN | Nov 13 2024 18:35:02 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5661891 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 13 2024 18:36:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5661896 | | Email/Text: BNSFN@capitalsvcs.com | Nov 13 2024 18:36:00 | First National Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 5661894 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 13 2024 18:36:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5661895 | ^ | MEBN | Nov 13 2024 18:34:49 | First Digital Card, Attn: Bankruptcy, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 85650, Sioux Falls, SD 57118-5650 |
| 5661897 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 13 2024 18:47:04 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5661898 | | Email/Text: bankruptcy.notices@hdfsi.com | Nov 13 2024 18:36:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5661899 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2024 18:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5661900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 13 2024 18:36:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 5662861 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 18:47:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5661902 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2024 18:47:08 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5666616 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2024 18:47:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5661905 | | Email/Text: ml-ebn@missionlane.com | Nov 13 2024 18:36:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5661912 | | Email/Text: cscommunications@mrvbanks.com | Nov 13 2024 18:36:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 5661903 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2024 18:47:03 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 5661904 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 18:36:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5661906 | | Email/Text: fesbank@attorneygeneral.gov | Nov 13 2024 18:36:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5661910 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2024 18:46:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5661907 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5661908 | | Email/Text: blegal@phfa.org | Nov 13 2024 18:36:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 5661909 | ^ | MEBN | Nov 13 2024 18:35:05 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5663319 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 18:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5661913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 18:46:57 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5661914 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 18:47:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5661915 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2024 18:47:03 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5667260 | + | Email/Text: bankruptcynotification@wellspan.org | Nov 13 2024 18:36:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael A. Cibik | on behalf of Debtor 2 Victoria Lyn Cabrera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 1 Jose Ricardo Cabrera Rodriguez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Jose Ricardo Cabrera Rodriguez, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:24−bk−02664−HWV |
| Victoria Lyn Cabrera, | |
| **Debtor 2** | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: January 16, 2025<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 13, 2024 |

ntnew341 (09/23)