IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Jose Ricardo Cabrera Rodriguez

                Debtor 1

Victoria Lyn Cabrera

                Debtor 2

Chapter: 13
Case No.: 1:24-bk-02664-HWV

## ORDER

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

it is

**ORDERED** that the case of the above named Debtors is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for compensation and expenses.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 3, 2024