United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-02664-HWV |
| Jose Ricardo Cabrera Rodriguez | Chapter 13 |
| Victoria Lyn Cabrera | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf010 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jose Ricardo Cabrera Rodriguez, Victoria Lyn Cabrera, 2018 Market Street Ext, Middletown, PA 17057-3421 |
| 5661886 | | Capital Bank N.A., 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 5661892 | | Dauphin County Tax Claim Bureau, 2 S 2nd St, Harrisburg, PA 17101-2047 |
| 5661893 | + | Driveright, 1459 S George Street, York, PA 17403-4503 |
| 5661901 | + | Lancster Drs, Po Box 83479, Lancaster, PA 17608-3479 |
| 5661911 | + | Purcell, Krug & Haller, Attn: Bankruptcy, 1719 N Front St, Harrisburg, PA 17102-2392 |
| 5661916 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5661917 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5661884 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 03 2024 18:52:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5661885 | | Email/Text: BNBSB@capitalsvcs.com | Dec 03 2024 18:38:00 | Bryant State Bank, Attn: Bankruptcy, PO Box 215, Bryant, SD 57221 |
| 5661889 | | Email/Text: cfcbackoffice@contfinco.com | Dec 03 2024 18:38:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808-2952 |
| 5666615 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2024 18:41:13 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5661887 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 03 2024 18:52:01 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5661888 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2024 18:52:13 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5661890 | ^ | MEBN | Dec 03 2024 18:37:34 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 5661891 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 03 2024 18:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5661896 | | Email/Text: BNSFN@capitalsvcs.com | Dec 03 2024 18:38:00 | First National Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 5661894 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 03 2024 18:38:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5661895 | ^ | MEBN | Dec 03 2024 18:36:57 | First Digital Card, Attn: Bankruptcy, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 5661897 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 03 2024 18:52:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57107-0145 |
| 5661898 | | Email/Text: bankruptcy.notices@hdfsi.com | Dec 03 2024 18:38:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5661899 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2024 18:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5661900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 03 2024 18:38:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 5662861 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2024 18:52:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5661902 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 03 2024 18:52:00 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5666616 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2024 18:41:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5661905 | | Email/Text: ml-ebn@missionlane.com | Dec 03 2024 18:38:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5661912 | | Email/Text: cscommunications@mrvbanks.com | Dec 03 2024 18:38:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118-5800 |
| 5661903 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 03 2024 18:41:51 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 5661904 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 03 2024 18:38:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5661906 | | Email/Text: fesbank@attorneygeneral.gov | Dec 03 2024 18:38:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5661910 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 03 2024 18:52:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5661907 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 03 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5670332 | + | Email/Text: blegal@phfa.org | Dec 03 2024 18:38:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5661908 | | Email/Text: blegal@phfa.org | Dec 03 2024 18:38:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 5661909 | ^ | MEBN | Dec 03 2024 18:37:39 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5663319 | | Email/Text: bnc-quantum@quantum3group.com | Dec 03 2024 18:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5661913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:52:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5661914 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:52:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5661915 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 03 2024 18:52:07 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5667260 | + | Email/Text: bankruptcynotification@wellspan.org | Dec 03 2024 18:38:00 | Wellspan Health, P O Box 15119, York, PA 17405-7119 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Michael A. Cibik | on behalf of Debtor 2 Victoria Lyn Cabrera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 1 Jose Ricardo Cabrera Rodriguez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN RE:

Jose Ricardo Cabrera Rodriguez

    Debtor 1

Victoria Lyn Cabrera

    Debtor 2

Chapter: 13
Case No.: 1:24-bk-02664-HWV

## ORDER

It appearing that the above named Debtors have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Employee Income Records or Certificate of No Payment Advices

it is

**ORDERED** that the case of the above named Debtors is dismissed. The Trustee is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for compensation and expenses.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 3, 2024